```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/6/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERONICA MADDY, on behalf of herself and all others similarly situated,

        Plaintiff,

-against-

BETENY TECHNOLOGY LTD,

        Defendant.

22 Civ. 3533 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 9, 2022, the Court ordered the parties to submit a joint letter and proposed case management by July 1, 2022. ECF No. 7 ¶ 1. These submissions are overdue. Accordingly, by **July 13, 2022**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: July 6, 2022
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge